UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION (Mobile)

| | |
|---|---|
| IN RE: | CASE NO: 21-11360-JCO |
| | CHAPTER: 13 |
| THOMAS R WALKER | |
| ALISA M IDEN | |
|     Debtors | |

---

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF BCMB1 TRUST, | |
|     Movant, | |
| | CONTESTED MATTER |
| vs. | |
| THOMAS R WALKER | |
| ALISA M IDEN | |
| DANIEL B. O`BRIEN, Trustee | |
|     Respondents. | |

## OBJECTION TO CONFIRMATION

COMES NOW, **Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of BCMB1 Trust**, its successors or assigns, (hereinafter referred to as "Movant") and shows the Court that for reasons set out below, Movant objects to the confirmation of the Debtors` Plan;

1.

Movant will timely file a Proof of Claim, on or before the Proof of Claim Bar Date, listing a total debt due of $**38,870.31**. The loan is set to mature on **April 1, 2022**, which is during the pendency of the instant case. The Debtor's plan does not treat the claim to be paid in full during the case but instead attempts to cure the pre-petition arrearage. Additionally, because Schedule J does not seem to show expenses listed for real estate taxes or homeowner's insurance,

Movant requests that the Plan direct the Debtor to maintain their own homeowner's policy on the Property and that all taxes and hazard insurance premiums are to be paid directly by Debtor to the proper entity. For these reasons Movant objects to the Debtor's Plan in its current form.

    WHEREFORE, Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of BCMB1 Trust, its successors or assigns, prays that this Court inquire as to the matters raised herein and deny confirmation of the Debtors` Plan, or enter such orders and require such further inquiry as may appear appropriate to the Court.

Dated: 9/22/21


/s/ Amanda Beckett
Amanda Beckett
AL State Bar No. ASB-1884-N75B
Rubin Lublin, LLC
200 Clinton Avenue West, Suite 406
Huntsville, AL 35801
(877) 813-0992
abeckett@rlselaw.com
Attorney for Creditor

# CERTIFICATE OF SERVICE

      I, Amanda Beckett of Rubin Lublin, LLC certify that I caused a copy of the Objection to Confirmation to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Thomas R Walker
5021 Christopher Rd
Wilmer, AL 36587

Alisa M Iden
5021 Christopher Rd
Wilmer, AL 36587

Frances Hoit Hollinger, Esq.
P.O. Box 2028
Mobile, AL 36652

Daniel B. O`Brien, Trustee
Chapter 13 Trustee
P.O. Box 1884
Mobile, AL 36633


Executed on: 9/22/21

By:/s/ Amanda Beckett
Amanda Beckett
AL State Bar No. ASB-1884-N75B
Rubin Lublin, LLC
200 Clinton Avenue West, Suite 406
Huntsville, AL 35801
(877) 813-0992
abeckett@rlselaw.com
Attorney for Creditor